MUNICIPALITY OF PONCE, PLAINTIFF AND APPELLANT, V. SANTOS, DEFENDANT AND APPELLEE.

SAME *v.* CHEVALIER ET AL.

SAME *v.* PARRA ET AL.

SAME *v.* CINTRÓN.

SAME *v.* VIVES.

SAME *v.* ALVARADO.

APPEALS from the District Court of Ponce in Injunction Proceedings.

Nos. 1952, 2015, 2016, 2061, 2079 and 2080.—Decided April 15, 1920.

Decided on the grounds of the opinion delivered in the case of *Municipality of Ponce* v. *Vendrell, ante,* page 306.

*Messrs. A. Lastra* and *M. Guerra* for the appellant.

*Messrs. Parra & Pérez Marchand, J. Tous Soto, F. M. Toro, G. Rodríguez* and *A. Ortiz Toro* for the appellees.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.